AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Terrie Gammon et al | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:19-cv-5140 |
| Marietta OPCO, LLC | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ The Joint MOTION for Order to Approve Settlement of Collective Action is GRANTED. The Settlement is APPROVED. The case is certified as a collective action for settlement purposes only. The Claims Administrator designated by the Parties is authorized to send the notices and issue the payments pursuant to the terms of the Settlement Agreement. Plaintiff's Counsel's request for attorneys' fees, costs, and expenses is approved. The request for the service payments to Representative Plaintiffs are also approved.
This Action is DISMISSED WITH PREJUDICE as a final judgment and this matter is closed. This Court will RETAIN JURISDICTION to enforce the Settlement.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 08/05/2020

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*